**VIRGINIA:**

JUL - 3 2019

## BEFORE THE VIRGINIA STATE BAR DISCIPLINARY BOARD

IN THE MATTER OF

JAHANGIR GHOBADI  VSB DOCKET NOS.: 18-052-111817 and 18-052-112490
RESPONDENT

### SUMMARY ORDER

On __June 28, 2019__, these matters were heard by the Virginia State Bar Disciplinary Board pursuant to Notice served upon the Respondent in the manner provided by the Rules of Supreme Court of Virginia.

WHEREFORE, upon consideration of the testimony, documentary evidence, and arguments of counsel, it is **ORDERED** that:

1. With respect to the disciplinary rule violations set out in the Notice, the Board finds that:

_____ No disciplinary rule violations have been proved by clear and convincing evidence, and accordingly all charges of Misconduct are hereby dismissed.

____✓____ The following disciplinary rule violations have been proved by clear and convincing evidence:

| Re: VSB Docket No. 18-052-111817 Rule | Found | Not Found | Withdrawn | Stipulated To |
|---|---|---|---|---|
| 1.1 | ✓ | | | |
| 1.3(a) | ✓ | | | |
| 1.15(a)(1) | ✓ | | | |
| 1.15(b)(4) | ✓ | | | |
| 1.16(d) | ✓ | | | |

| Re: VSB Docket No. 18-052-112490 Rule | Found | Not Found | Withdrawn | Stipulated To |
|---|---|---|---|---|
| 1.1 | ✓ | | | |
| 1.3(a) | ✓ | | | |
| 1.15(a)(1) | ✓ | | | |
| 1.15(b)(4) | ✓ | | | |
| 1.16(d) | ✓ | | | |
| 1.16(e) | ✓ | | | |

2. The Respondent shall receive a:

| | | |
|---|---|---|
| _____ | Suspension for _____ | (not to exceed five years) |
| _____ | Suspension for _____ | (one year or less) |
| _____ | Suspension with Terms _____ as set out in the record. | (one year or less) |
| _____ | Terms _____ | |
| | Alternative Disposition _____ | |
| ✓ | Revocation | |

3. This Summary Order is effective on:

_____ the date of this summary order

✓ June 28, 2019

4. The Board notes that:

✓ The Respondent was present in person and was advised of the Board's decision

_____ The Respondent was not present in person and the Clerk of the Disciplinary System is directed to forward a copy of this Summary Order to the Respondent

5. The Board shall issue a Memorandum Order in this matter.

6. The Board notes that concerning Paragraph 13-29 that:

✓ Respondent must comply with the requirements of Part Six, § IV, ¶ 13-29 of the Rules of the Supreme Court of Virginia. The Respondent shall forthwith give notice by certified mail of the suspension or revocation of his license to practice law in the Commonwealth of Virginia, to all clients for whom he is currently handling matters and to all opposing attorneys and presiding judges in pending litigation. The Respondent shall also make appropriate arrangements for the disposition of matters then in his care in conformity with the wishes of his client. Respondent shall give such notice within 14 days of the effective date of the sanction, and make such arrangements as are required herein within 45 days of the effective date of the suspension or revocation. The Respondent shall also furnish proof to the Bar within 60 days of the effective day of the suspension or revocation that such notices have been timely given and such arrangements made for the disposition of matters.

        It is further ORDERED that if the Respondent is not handling any client matters on the effective date of the suspension or revocation, he shall submit an affidavit to that effect to the Clerk of the Disciplinary System at the Virginia State Bar. All issues concerning the adequacy of the notice and arrangements required by Paragraph 13-29 shall be determined by the Virginia State Bar Disciplinary Board.

_____    Respondent has complied with notice provisions of Rules of Court, Paragraph 13-29 dealing with appropriate notification of suspension to his clients, judges, and opposing counsel in pending litigation.

7. The Clerk of the Disciplinary System shall comply with all requirements of Part Six, § IV, ¶ 13 of the Rules of the Supreme Court, as amended, including: assessing costs pursuant to ¶ 13-9 E. of the Rules and complying with the Public Notice requirements of ¶ 13-9 G.

8. A copy teste of this Order shall be mailed by Certified Mail to the Respondent, at his last address of record with the Virginia State Bar and mailed or hand-delivered to Bar Counsel in this matter.

ENTERED THIS __28th__ DAY OF __JUNE__, 2019

VIRGINIA STATE BAR DISCIPLINARY BOARD

_____
Michael A. Beverly, 2nd Vice Chair

A COPY TESTE:
DAVIDA M. DAVIS
CLERK OF THE DISCIPLINARY SYSTEM